CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:07-cv-13410-JF-VMM
## Internal Use Only

Zang v. Paychex, Incorporated
Assigned to: Honorable John Feikens
Referred to: Honorable Virginia M Morgan
Cause: No cause code entered

Date Filed: 08/15/2007
Date Terminated: 01/25/2008
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Steven R Zang**   represented by   **Gregory Y. Porter**
McTigue & Porter
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, DC 20015-2022
202-364-6900
Fax: 202-364-9960
Email: gporter@mctiguelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry D. Adler**
Adler and Assoc. (Farmington Hills)
30300 Northwestern Highway
Suite 304
Farmington Hills, MI 48334
248-855-5090
Email: badler@adlerfirm.com
*ATTORNEY TO BE NOTICED*

**J. Brian McTigue**

I hereby certify that the foregoing is a true copy of the original on file in this office.
Deputy Clerk

        McTigue & Porter
        5301 Wisconsin Avenue, N.W.
        Suite 350
        Washington, DC 20015-2022
        202-364-6900
        Email: bmctigue@mctiguelaw.com
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Paychex, Incorporated**    represented by   **Thomas G. McNeill**
        Dickinson Wright
        500 Woodward Avenue
        Suite 4000
        Detroit, MI 48226-3425
        313-223-3500
        Email: TMcNeill@dickinsonwright.com
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2007 | 1 | COMPLAINT filed by Steven R Zang against Paychex, Incorporated, Receipt No: 560823-DT - Fee: $ 350. (CGre) (Entered: 08/16/2007) |
| 10/03/2007 | 2 | NOTICE of Appearance by Thomas G. McNeill on behalf of Paychex, Incorporated. (McNeill, Thomas) (Entered: 10/03/2007) |
| 10/10/2007 | 3 | NOTICE of Appearance by Barry D. Adler on behalf of Steven R Zang. (Adler, Barry) (Entered: 10/10/2007) |
| 10/17/2007 | 4 | STIPULATED ORDER for Extension of Time to Respond to Complaint until 11/2/2007. Signed by Honorable John Feikens. (CCoh) (Entered: 10/17/2007) |

| | | |
|---|---|---|
| 11/02/2007 | ●5 | MOTION to Change Venue by Paychex, Incorporated. (Attachments: # 1 Document Continuation Memorandum of Law# 2 Index of Exhibits # 3 Exhibit A-Ruppert Slip Opinion# 4 Exhibit B-Ruppert v. Principal Life Ins. Co.# 5 Exhibit C-Services Agreement# 6 Document Continuation Declaration of Paul Davidson) (McNeill, Thomas) (Entered: 11/02/2007) |
| 11/02/2007 | ●6 | Ex Parte MOTION for Leave to File Excess Pages by Paychex, Incorporated. (Attachments: # 1 Document Continuation Brief in Support) (McNeill, Thomas) (Entered: 11/02/2007) |
| 11/02/2007 | ●7 | MOTION to Dismiss by Paychex, Incorporated. (Attachments: # 1 Document Continuation Memorandum of Law In Support# 2 Index of Exhibits # 3 Exhibit A-New Client Profile# 4 Exhibit B-Human Resource Services Agreement# 5 Exhibit C-GUST Restatement Agreement# 6 Exhibit D-Human Resources Agreement# 7 Exhibit E-Administrative Service Agreement# 8 Exhibit F-Administrative Service Agreement# 9 Exhibit G-Retirement Services Agreement# 10 Exhibit H-Advisory Opinion 97-16A# 11 Exhibit I-Advisory Opinion 03-09A# 12 Exhibit J-Campbell Testimony# 13 Exhibit K-Chao Case# 14 Exhibit L-Cleveland Case# 15 Exhibit M-Phones Plus Case# 16 Exhibit N-Deluca Slip Opinion) (McNeill, Thomas) (Entered: 11/02/2007) |
| 11/05/2007 | ●8 | NOTICE of Appearance by J. Brian McTigue on behalf of Steven R Zang. (McTigue, J.) (Entered: 11/05/2007) |
| 11/09/2007 | ●9 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Paychex, Incorporated (McNeill, Thomas) (Entered: 11/09/2007) |
| 11/13/2007 | ●10 | ORDER granting 6 Motion for Leave to File Excess Pages. Signed by Honorable John Feikens. (CCoh) (Entered: 11/13/2007) |
| 11/13/2007 | ●11 | [RULE 11 STIPULATION/ORDER ERROR] STIPULATION *Stipulated Order Requesting Extension for Plaintiff to File Oppositions to Defendant's Motions to Transfer and Dismiss* by Steven R Zang (Porter, Gregory) Modified on 11/14/2007 (Socia, B.). (Entered: 11/13/2007) |

| | | |
|---|---|---|
| 11/21/2007 | ●12 | STIPULATED ORDER to Extend Time for Responses to Defendant's 5 MOTION to Change Venue filed by Paychex, Incorporated, 7 MOTION to Dismiss filed by Paychex, Incorporated. **Responses due by 11/30/2007; Replies due by 12/14/2007** Signed by Honorable John Feikens. (CCoh) (Entered: 11/21/2007) |
| 11/29/2007 | ●13 | NOTICE of hearing on 5 MOTION to Change Venue, 7 MOTION to Dismiss. **Responses due by 11/30/2007, Replies due by 12/14/2007, Motion Hearing set for 1/14/2008 10:00 AM before Honorable John Feikens.** (CCoh) (Entered: 11/29/2007) |
| 11/30/2007 | ●14 | Ex Parte MOTION for Leave to File Excess Pages *in Plaintiff's Opposition to Defendant's Motion to Dismiss* by Steven R Zang. (Porter, Gregory) (Entered: 11/30/2007) |
| 11/30/2007 | ●15 | RESPONSE to 7 MOTION to Dismiss *Plaintiff's Opposition to Defendant's Motion to Dismiss* filed by Steven R Zang. (Attachments: # 1 Exhibit 1 (Pt. 1) Paychex 2007 Form 10-K# 2 Exhibit 1 (pt. 2) Paychex 2007 Form 10-K) (Porter, Gregory) (Entered: 11/30/2007) |
| 11/30/2007 | ●16 | RESPONSE to 5 MOTION to Change Venue filed by Steven R Zang. (Attachments: # 1 Index of Exhibits to Opposition to Motion to Transfer# 2 Exhibit 1 Declaration of Steven R. Zang# 3 Exhibit 2 Declaration of Patrick de Gravelles# 4 Index of Exhibits to Declaration of Patrick de Gravelles# 5 Exhibit A 2007 Paychex 10-k# 6 Exhibit A 2007 Paychex 10-k (continuation)# 7 Exhibit B Investor Presentation# 8 Exhibit B Investor Presentation (continuation)# 9 Exhibit C Detroit Airport Fact Sheet# 10 Exhibit D Rochester Airport Fact Sheet# 11 Exhibit E 2006 Commercial Airport Passenger Activity# 12 Exhibit F Table of District Court Median Time Intervals# 13 Exhibit G Table of Civil Cases Pending# 14 Exhibit H Table of Filings per Authorized Judgeship# 15 Exhibit 3 Declaration of Ray L. Bohnenstiehl) (Porter, Gregory) (Entered: 11/30/2007) |
| 12/06/2007 | ●17 | ORDER granting 14 Motion for Leave to File Excess Pages. Signed by Honorable John Feikens. (CCoh) (Entered: 12/06/2007) |

| | | |
|---|---|---|
| 12/14/2007 | ●18 | REPLY to Response re 7 MOTION to Dismiss *Plaintiff's Complaint* filed by Paychex, Incorporated. (Attachments: # 1 Index of Exhibits # 2 Exhibit A - Moeckel v. Caremark) (McNeill, Thomas) (Entered: 12/14/2007) |
| 12/14/2007 | ●19 | REPLY to Response re 5 MOTION to Change Venue filed by Paychex, Incorporated. (Attachments: # 1 Index of Exhibits # 2 Exhibit A - Lynch v. Pohlman# 3 Exhibit B - Bernard v Schech# 4 Exhibit C - Cobasys v FMP# 5 Exhibit D - District Court Profiles) (McNeill, Thomas) (Entered: 12/14/2007) |
| 12/20/2007 | ●20 | SUPPLEMENTAL BRIEF re 13 Notice of Hearing on Motion, *to Transfer Venue and Motion to Dismiss* filed by Paychex, Incorporated. (Attachments: # 1 Exhibit A) (McNeill, Thomas) (Entered: 12/20/2007) |
| 12/28/2007 | ●21 | RESPONSE to 5 MOTION to Change Venue, 7 MOTION to Dismiss *Response to Supplemental Brief Requesting Scheduling Change [DE 20]* filed by Steven R Zang. (Porter, Gregory) (Entered: 12/28/2007) |
| 01/03/2008 | ●22 | REPLY to Response re 5 MOTION to Change Venue, 7 MOTION to Dismiss filed by Paychex, Incorporated. (McNeill, Thomas) (Entered: 01/03/2008) |
| 01/14/2008 | ● | Minute Entry -Motion Hearing held on 1/14/2008 re 5 MOTION to Change Venue filed by Paychex, Incorporated before Honorable John Feikens. Disposition: GRANTED(Court Reporter Mary Wisneski) (CCoh) (Entered: 01/14/2008) |
| 01/23/2008 | ● | (Court only) ***Motions terminated: 7 MOTION to Dismiss filed by Paychex, Incorporated - MOOT. M/Change Venue - granted. (CCoh) (Entered: 01/23/2008) |
| 01/24/2008 | ●23 | TRANSCRIPT of Motion held on 1/14/2008. (Court Reporter: Mary Wisneski) (Number of Pages: 14) (Wisneski, M) (Entered: 01/24/2008) |
| 01/25/2008 | ●24 | ORDER GRANTING MOTION TO TRANSFER VENUE AND TRANSFERRING CASE to USDC NY Western District, at Rochester. Signed by Honorable John Feikens. (BSoc) (Entered: |

|  |  | 01/25/2008) |
|---|---|---|
| 01/25/2008 | ●25 | NOTICE transferring case to *DISTRICT OF NEW YORK*. (BSoc) (Entered: 01/25/2008) |