# MANDATE



**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of December, two thousand and ten,

---

Steven R. Zang, and all others similarly situated,

Plaintiff - Appellant,

v.

Paychex, Inc.,

Defendant - Appellee.

**ORDER**
Docket Number: 10-3556

---

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe, Clerk

Anna Steglich, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/29/2010